**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HUILING CHENG,

                       Plaintiff,

    -against-                                     24 **CIVIL** 3465 (JLR)

## JUDGMENT

MERRICK GARLAND, Attorney General of the
United States, ALEJANDRO MAYORKAS, as
Secretary of the Department of Homeland Security,
USCIS, SUSAN RAUFER, Newark Asylum Office
Director, US Dept of Homeland Security ("DHS"),

                       Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 6, 2024, the Defendants' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      December 9, 2024

                                                                 **TAMMI M. HELLWIG**
                                                                  **Clerk of Court**

                                    **BY:**
                                                                     **Deputy Clerk**